ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY RABENER, as Successor-in-Interest to MICHAEL RABENER, Deceased; and individually, as Legal Heir of MICHAEL RABENER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY and CRAMP SHIPBUILDING AND DRYDOCK COMPANY,<br><br>Defendants. | No. C08-229-JCS<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 12, 2007                         BRAYTON❖PURCELL LLP

                                                              /s/ David R. Donadio
                                                    By: _____
                                                              David R. Donadio
                                                              Attorneys for Plaintiffs

K:\Injured\107467\Fed\Cert Interested Parties.wpd              1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - C08-229-JCS