SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHARLES SHELDON  Bar No. 155598
MARC BRAINICH  Bar No. 191034
DEREK S. JOHNSON  Bar No. 220988
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY RABENER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | CASE NO. CV 08-0229 JCS <br><br> **NOTICE OF TAG-ALONG ACTION** <br><br> Multi-District Rule 7.5(e) |

**PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District Litigation ("MDL Panel") entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. *See* Multi-District Litigation Rules ("MDL Rules), Rule 11.

////

////

Pursuant to MDL Rule 7.5(c),

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along" actions" in which that party is also named or in which that counsel appears.

Defendant GENERAL ELECTRIC COMPANY ("GE") hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. GE has forwarded a copy of this notice to the Clerk of the MDL Panel. The Clerk of the MDL Panel may either (1) enter a conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause why this action should not be transferred, pursuant to MDL Rule 7.5(b).

DATED: February 19, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____/S/   Derek S. Johnson_____
      Derek S. Johnson
      Attorneys for Defendant
      GENERAL ELECTRIC COMPANY