ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY RABENER, as Successor-in-Interest to MICHAEL RABENER, Deceased; and individually, as Legal Heir of MICHAEL RABENER, Deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY and CRAMP SHIPBUILDING AND DRYDOCK COMPANY,<br><br>　　　　Defendants. | C08-229-JCS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////

////

////

////

////

////

1  Appeal from the judgment shall be taken directly to the United States Court of Appeals
2  for the Ninth Circuit.

3  Dated: February 25, 2008                               BRAYTON❖PURCELL LLP

4                                                                              /s/ David R. Donadio

5                                                                     By: _____
6                                                                            David R. Donadio
                                                                             Attorneys for Plaintiffs
7  Dated: February 25, 2008                               SEDGWICK, DETERT, MORAN &
8                                                                              ARNOLD, LLP

9                                                                              /s/ Derek S. Johnson

10                                                                   By: _____
                                                                             Derek S. Johnson
11                                                                           Attorneys for Defendant
                                                                             GENERAL ELECTRIC COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\107467\Fed\FORM Consent Magistrate ().wpd                    2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   – C08-229-JCS