ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY RABENER, as Successor-in-Interest to MICHAEL RABENER, Deceased; and individually, as Legal Heir of MICHAEL RABENER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY and CRAMP SHIPBUILDING AND DRYDOCK COMPANY,<br><br>Defendants. | No. C 08-00229-JCS<br>[MDL #875]<br><br>PLAINTIFF'S REQUEST FOR VACATING CASE MANAGEMENT AND ADR DEADLINES |

Since the Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court, Eastern District of Pennsylvania by operation of Conditional Transfer Order No. 304 (Exhibit A) on April 22, 2008, Plaintiff respectfully requests this Court vacate all case management and ADR deadlines as set forth in this Court's Order dated February 27, 2008.

Dated: June 30, 2008            BRAYTON❖PURCELL LLP

By:    _____/s/_____
       David R. Donadio
       Attorneys for Plaintiff



Inasmuch as no objection is pending at this time, the stay is lifted.

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 20 2008

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-304)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.§1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,800 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

### SCHEDULE CTO-304 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ALABAMA MIDDLE
~~ALM 2 08-46~~                 ~~Daniel R. Brown, et al. v. Albany International, et al.~~ **Opposed 4/7/08**

CALIFORNIA CENTRAL
~~CAC 2 08-118~~                ~~Robert Oberstar, et al. v. CBS Corp., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-282~~                ~~Ted Munn, et al. v. CLA-VAL Co., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-712~~                ~~David Kelemen, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-873~~                ~~Larry Lindquist, et al. v. Alfa Laval, Inc., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-1123~~               ~~John H. Prince v. CBS Corp., et al.~~ **Vacated 4/4/08**
~~CAC 2 08-1296~~               ~~Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                                **Opposed 4/7/08**

CALIFORNIA NORTHERN
CAN 3 08-228                    John L. Davis, et al. v. General Electric Co., et al.
CAN 3 08-229                    Betty Rabener, etc. v. General Electric Co., et al.
CAN 3 08-230                    Naomi Beaurman-White, et al. v. General Electric Co., et al.

GEORGIA MIDDLE
~~GAM 5 08-53~~                 ~~Jake Bradshaw v. Aventis CropScience USA, Inc., et al.~~ **Opposed 4/4/08**

LOUISIANA MIDDLE
~~LAM 3 08-43~~                 ~~Michael T. Hackler v. P&O Ports Louisiana, Inc., et al.~~ **Opposed 4/7/08**
~~LAM 3 08-81~~                 ~~George Landess v. Baton Rouge Marine Contractors, Inc., et al.~~
                                **Opposed 4/7/08**

NORTH CAROLINA EASTERN
NCE 2 07-63                     Tom Wallace, et al. v. A.W. Chesterton Co., et al.
NCE 4 08-2                      Dolcy Lee Hicks, et al. v. Aqua-Chem, Inc., et al.
NCE 7 07-188                    Patricia A. Holt, et al. v. The Anchor Packing Co., et al.
NCE 7 07-191                    Mary E. Flowers v. The Anchor Packing Co., et al.
NCE 7 07-197                    Lynn Reynolds Smythe, et al. v. The Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
NCM 1 04-1166                   Sallie Mae Hines, etc. v. Anchor Packing Co., et al.
NCM 1 08-120                    Larry D. Clark, et al. v. American Investors, LLC, et al.
NCM 1 08-146                    Harold D. Pritchard, et al. v. A.W. Chesterton Co., et al.

## MDL No. 875 - Schedule CTO-304 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**             **CASE CAPTION**

NORTH CAROLINA WESTERN
NCW 1 08-35      Ray Michael Lyle, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-36      Thomas Ray Withers, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-37      Charles Lloyd Bennett, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-45      Gladys Elizabeth Gill v. Aqua-Chem, Inc., et al.
NCW 1 08-46      Edward Wayne Brock, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-48      Robert David Cody, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-49      Ripon W. Lowrance, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-52      Dan W. Phillips v. A.W. Chesterton Co., et al.
NCW 1 08-56      Joseph L. Green, et al. v. A.W. Chesterton Co., et al.
NCW 1 08-59      Bruce Alan Lail, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-60      George A. Harkey, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-62      James Franklin Bumgarner, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-63      William F. Landis, et al. v. A.W. Chesterton Co., et al.
NCW 1 08-66      Florian Malcolm Johnson, et al. v. Aqua-Chem, Inc., et al.
NCW 1 08-67      Earl Brown v. Aqua-Chem, Inc., et al.
NCW 1 08-68      Michael Edward Collins, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
NYE 1 05-3166    Ralph Aldarelli, etc. v. A.W. Chesterton Co., et al.
NYE 1 08-5       James Russell Holter v. A.W. Chesterton Co., et al.
NYE 1 08-468     Michael Ross, et al. v. A.W. Chesterton Co., et al.
NYE 1 08-863     Charles Callahan, etc. v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
~~PAW 2 08-291~~         ~~Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al.~~
                **Vacated 3/26/08**

SOUTH CAROLINA
SC 0 08-482      John Warren Blackwelder, et al. v. Aqua-Chem, Inc., et al.
SC 2 08-459      Richard G. Krauk, et al. v. Owens-Illinois, Inc., et al.
SC 2 08-588      Susan Maria Welch-Pierce, et al. v. Owens Illinois, Inc., et al.
SC 6 08-473      Tyrone Perry Edwards, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 7 08-377      Roger Dale Thomason, et al. v. Aqua-Chem, Inc., et al.
SC 7 08-378      Charles C. Hamrick, et al. v. Aqua-Chem, Inc., et al.
SC 8 08-468      Franklin Terry Tippett v. Aqua-Chem, Inc., et al.
SC 8 08-471      Larry Dale Reams v. Aqua-Chem, Inc., et al.
SC 8 08-484      Julius A. McCoy, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 8 08-485      Carl S. Bagwell, et al. v. Aqua-Chem, Inc., et al.
SC 8 08-584      Daniel Gordon Lowie v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
~~TXN 3 07-1976~~        ~~Shanda Kozak, et al. v. Guard-Line, Inc., et al.~~ **Vacated 4/1/08**

TEXAS SOUTHERN
~~TXS 3 08-26~~          ~~June Thomas, et al. v. BP Amoco Chemical Co.~~ **Opposed 4/7/08**