1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11  BETTY RABENER, as Successor-in-        )   No. C 08-00229-JCS
    Interest to MICHAEL RABENER,           )   [MDL #875]
12  Deceased; and individually, as Legal Heir )
    of MICHAEL RABENER, Deceased,          )
13                                          )
                 Plaintiffs,                )   PLAINTIFF'S REQUEST FOR
14                                          )   VACATING CASE MANAGEMENT
    vs.                                     )   AND ADR DEADLINES
15                                          )    AND ORDER THEREON
    GENERAL ELECTRIC COMPANY and            )
16  CRAMP SHIPBUILDING AND                  )
    DRYDOCK COMPANY,                        )
17                                          )
                 Defendants.                )
18  _____

19      Since the Judicial Panel on Multidistrict Litigation transferred this action to the United

20  States District Court, Eastern District of Pennsylvania by operation of Conditional Transfer

21  Order No. 304 (Exhibit A) on April 22, 2008, Plaintiff respectfully requests this Court vacate all

22  case management and ADR deadlines as set forth in this Court's Order dated February 27, 2008.

23

24  Dated: June 30, 2008                          BRAYTON❖PURCELL LLP

25

26                                                By   /s/_____
                                                       David R. Donadio
27                                                     Attorneys for Plaintiff

28

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

K:\Injured\107467\Fed\107467 Rabener Status FED MDL 875 Request Vac CMC 08-00229-JCS 06-30-08.wpd
PLAINTIFF'S REQUEST FOR VACATING CASE MANAGEMENT AND ADR DEADLINES, BETTY
RABENER vs. GENERAL ELECTRIC COMPANY and CRAMP SHIPBUILDING AND DRYDOCK
COMPANY, C 08-00229-JCS