**FILED**

**JUL 17 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

*08-228 JSW*
*08-229 JCS*
*08-230 MHP*

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed Conditional Transfer Order (CTO-304) is being sent to you regarding the involved actions listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey
Tom Dempsey
MDL Docketing Clerk

Enclosure

> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUL 17 2008
FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-229 JCS

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-304)**

FILED
APR 11 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,800 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/2/08

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

### SCHEDULE CTO-304 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

**ALABAMA MIDDLE**
~~ALM 2 08-46~~     ~~Daniel R. Brown, et al. v. Albany International, et al.~~ **Opposed 4/7/08**

**CALIFORNIA CENTRAL**
~~CAC 2 08-118~~     ~~Robert Oberstar, et al. v. CBS Corp., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-282~~     ~~Ted Munn, et al. v. CLA-VAL Co., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-712~~     ~~David Kelemen, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-873~~     ~~Larry Lindquist, et al. v. Alfa Laval, Inc., et al.~~ **Opposed 4/7/08**
~~CAC 2 08-1123~~     ~~John H. Prince v. CBS Corp., et al.~~ **Vacated 4/4/08**
~~CAC 2 08-1296~~     ~~Robert Reaser, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                               **Opposed 4/7/08**

**CALIFORNIA NORTHERN**
CAN 3 08-228     John L. Davis, et al. v. General Electric Co., et al.
CAN 3 08-229     Betty Rabener, etc. v. General Electric Co., et al.
CAN 3 08-230     Naomi Beaurman-White, et al. v. General Electric Co., et al.

**GEORGIA MIDDLE**
~~GAM 5 08-53~~     ~~Jake Bradshaw v. Aventis CropScience USA, Inc., et al.~~ **Opposed 4/4/08**

**LOUISIANA MIDDLE**
~~LAM 3 08-43~~     ~~Michael T. Hackler v. P&O Ports Louisiana, Inc., et al.~~ **Opposed 4/7/08**
~~LAM 3 08-81~~     ~~George Landess v. Baton Rouge Marine Contractors, Inc., et al.~~
                               **Opposed 4/7/08**

**NORTH CAROLINA EASTERN**
NCE 2 07-63     Tom Wallace, et al. v. A.W. Chesterton Co., et al.
NCE 4 08-2     Dolcy Lee Hicks, et al. v. Aqua-Chem, Inc., et al.
NCE 7 07-188     Patricia A. Holt, et al. v. The Anchor Packing Co., et al.
NCE 7 07-191     Mary E. Flowers v. The Anchor Packing Co., et al.
NCE 7 07-197     Lynn Reynolds Smythe, et al. v. The Anchor Packing Co., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 04-1166     Sallie Mae Hines, etc. v. Anchor Packing Co., et al.
NCM 1 08-120     Larry D. Clark, et al. v. American Investors, LLC, et al.
NCM 1 08-146     Harold D. Pritchard, et al. v. A.W. Chesterton Co., et al.

## MDL No. 875 - Schedule CTO-304 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA WESTERN
  NCW 1 08-35          Ray Michael Lyle, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-36          Thomas Ray Withers, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-37          Charles Lloyd Bennett, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-45          Gladys Elizabeth Gill v. Aqua-Chem, Inc., et al.
  NCW 1 08-46          Edward Wayne Brock, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-48          Robert David Cody, et al. v. Aqua-Chem, Inc., et al.
  ~~NCW 1 08-49~~     ~~Ripon W. Lowrance, et al. v. Aqua-Chem, Inc., et al.~~
  NCW 1 08-52          Dan W. Phillips v. A.W. Chesterton Co., et al.
  NCW 1 08-56          Joseph L. Green, et al. v. A.W. Chesterton Co., et al.
  NCW 1 08-59          Bruce Alan Lail, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-60          George A. Harkey, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-62          James Franklin Bumgarner, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-63          William F. Landis, et al. v. A.W. Chesterton Co., et al.
  NCW 1 08-66          Florian Malcolm Johnson, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 08-67          Earl Brown v. Aqua-Chem, Inc., et al.
  NCW 1 08-68          Michael Edward Collins, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
  NYE 1 05-3166        Ralph Aldarelli, etc. v. A.W. Chesterton Co., et al.
  NYE 1 08-5           James Russell Holter v. A.W. Chesterton Co., et al.
  NYE 1 08-468         Michael Ross, et al. v. A.W. Chesterton Co., et al.
  NYE 1 08-863         Charles Callahan, etc. v. A.W. Chesterton Co., et al.

PENNSYLVANIA WESTERN
  ~~PAW 2 08-291~~     ~~Richard Vallecorsa, et al. v. Premier Refractories, Inc., et al.~~
                       **Vacated 3/26/08**

SOUTH CAROLINA
  SC 0 08-482          John Warren Blackwelder, et al. v. Aqua-Chem, Inc., et al.
  SC 2 08-459          Richard G. Krauk, et al. v. Owens-Illinois, Inc., et al.
  SC 2 08-588          Susan Maria Welch-Pierce, et al. v. Owens Illinois, Inc., et al.
  SC 6 08-473          Tyrone Perry Edwards, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC 7 08-377          Roger Dale Thomason, et al. v. Aqua-Chem, Inc., et al.
  SC 7 08-378          Charles C. Hamrick, et al. v. Aqua-Chem, Inc., et al.
  SC 8 08-468          Franklin Terry Tippett v. Aqua-Chem, Inc., et al.
  SC 8 08-471          Larry Dale Reams v. Aqua-Chem, Inc., et al.
  SC 8 08-484          Julius A. McCoy, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC 8 08-485          Carl S. Bagwell, et al. v. Aqua-Chem, Inc., et al.
  SC 8 08-584          Daniel Gordon Lowie v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  ~~TXN 3 07-1976~~    ~~Shanda Kozak, et al. v. Guard-Line, Inc., et al.~~ **Vacated 4/1/08**

TEXAS SOUTHERN
  ~~TXS 3 08-26~~      ~~June Thomas, et al. v. BP Amoco Chemical Co.~~ **Opposed 4/7/08**