BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY RABENER as Successor-in-Interest to MICHAEL RABENER, Deceased; and individually, as Legal Heir of MICHAEL RABENER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 3:08-cv-00229-CRB<br><br>ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 2 2 2013

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY